# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SCANLON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>MANSCAPED, LLC,<br><br>      Defendant. | CIVIL ACTION FILE NO. 1:20-cv-10795-JGD |

## STIPULATION OF DISMISSAL

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs. The putative class claims are dismissed without prejudice.

Dated: September 7, 2021

| PLAINTIFF, | MANSCAPED, LLC |
|---|---|
| By: | By its attorneys, |
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich, BBO No. 678437<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com | */s/ Artin Betpera*<br>Artin Betpera<br>BUCHALTER, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>Tel: (949) 760-1121<br>E-mail: abetpera@buchalter.com<br>*Admitted Pro Hac Vice* |

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 7, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*<u>/s/ Anthony I. Paronich</u>*
Anthony I. Paronich
